# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | **PRETRIAL STATUS CONFERENCE** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 1:25-cr-059 |
| Wellington Ramirez Hernandez, ) | |
| ) | |
| Defendant. ) | |

The undersigned shall hold a pretrial status conference with counsel by telephone on September 17, 2025, at 3:45 PM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 8th day of September, 2025.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court